IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 NOV -5 PM 1:49

OFFICE OF THE CLERK

| | |
|---|---|
| GABRIEL TECHNOLOGIES CORPORATION, and TRACE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED; SNAPTRACK, INC.; and NORMAN KRASNER,<br><br>Defendants. | Nebraska Case No.: 8:10&-cv-408<br><br>(California Case No. 08-CV-1992 MMA)<br><br>**MOTION OF WANG, HARTMANN, GIBBS & CAULEY P.L.C. AND JOHN van LOBEN SELS RE NO INTENTION OF APPEARING IN THIS COURT NOR SEEKING ADMISSION**<br><br>For Case Pending in the Southern District of California |

COME NOW Wang, Hartmann, Gibbs & Cauley P.L.C. ("WHGC") and John D. van Loben Sels, California-based counsel for Plaintiffs GABRIEL TECHNOLOGIES CORPORATION and TRACE TECHNOLOGIES, LLC (collectively "Plaintiffs") in the underlying action pending in the Southern District of California, hereby inform this Court that WHGC and Mr. van Loben Sels will not make appearances on behalf of Plaintiffs in this Court and therefore WHGC and Mr. van Loben Sels do not intend to seek admission to practice in this Court.

Dated this 2nd day of November, 2010

WANG, HARTMANN, GIBBS & CAULEY, P.L.C.

_____
John D. van Loben Sels

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2010, the foregoing document was mailed to the Court to be filed with the Clerk of the Court.

I hereby certify that I have mailed by U.S. first class mail the document to the following parties and e-mailed the document to those with e-mail addresses listed as follows:

Steven M. Strauss
(sms@cooley.com)
John S. Kyle
(jkyle@cooley.com)
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, California 92121
Tel: (858) 550-6000
Fax: (858) 550-6420

Timothy Teter
(teterts@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Tel: (415) 693-2000
Fax: (415) 693-2222

Jeffrey S. Karr
(jkarr@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306-2155
Tel: (650) 843-5000
Fax: (650) 857-0663

William G. Dittrick
Jennifer D. Tricker
BAIRD HOLM, LLP
1500 Woodmen Tower
1700 Farnam St
Omaha, NE 68102-2068
Tel (402) 344-0500

_____
Geeta Iyer

2